IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AGUSTIN DE JESUS-RIVERA,

    Plaintiff,

v.

OFFICE MAX PUERTO RICO, INC.,

    Defendant.

CIVIL NO.: 17-2203 (MEL)

**JUDGMENT**

In light of the Court's order (ECF No. 25), noting and granting the parties' joint stipulation of dismissal, the court hereby enters judgment dismissing with prejudice all claims and causes of action in this case.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 3rd day of October, 2018.

                                          s/Marcos E. López
                                          U.S. Magistrate Judge